IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT LEE WRIGHT, III,

    Plaintiff,

v.                                                                               4:24cv17–WS/MAF

IRS DEP'T OF TREASURY,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 13) docketed March 8, 2024. The magistrate judge recommends that Plaintiff's amended complaint be dismissed as an impermissible shotgun pleading, as malicious based on his affirmative misrepresentations regarding his litigation history, for failure to comply with court orders, and for failure to pay the filing fee. Plaintiff has filed no objections to the report and recommendation.

    Upon review of the record, the undersigned has determined that the report and recommendation should be adopted.

    Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 13) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's amended complaint is hereby DISMISSED without prejudice as a shotgun pleading, as malicious based on his affirmative misrepresentations regarding his litigation history, for failure to comply with court orders, and for failure to pay the filing fee.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

4. The clerk shall note on the docket that this case counts as a "strike" pursuant to either 28 U.S.C. § 1915(e)(2)(B)(i) or (ii).

5. The clerk shall close the case.

DONE AND ORDERED this __9th__ day of __April__, 2024.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE